Walter Alexander SORTO,
Petitioner–Appellant,

v.

Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 16-70005

United States Court of Appeals,
Fifth Circuit.

Filed 02/07/2018

David R. Dow, University of Houston Law Center, Houston, TX, for Petitioner–Appellant.

Jason R. LaFond, Stephen M. Hoffman, Assistant Attorney General, Office of the Attorney General for the State of Texas, Austin, TX, Katherine D. Hayes, Assistant Attorney General, Office of the Attorney General, Criminal Appeals Division, Austin, TX, for Respondent–Appellee.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM

Treating Respondent–Appellee's petition for rehearing en banc as a petition for panel rehearing, the petition for panel rehearing is GRANTED. The prior opinion, *Sorto v. Davis*, 859 F.3d 356 (5th Cir. 2017), is withdrawn, and a revised opinion will be forthcoming.